**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CERTIFIED ENTERS., INC., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 4:17-CV-202 SNLJ** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM AND ORDER

The Court having been advised by counsel that there is a tentative settlement,

IT IS HEREBY ORDERED that the December 17, 2018 trial setting is vacated and the case is stayed.

IT IS HEREBY ORDERED that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, a proposed consent judgment, or a report on the status of the tentative settlement.

Dated this  17th  day of December, 2018.

_____
STEPHEN N. LIMBAUGH, Jr.
UNITED STATES DISTRICT JUDGE